20160520105646

| AO 440 (Rev. 10/93) Summons in a Civil Action | | RETURN OF SERVICE |
|---|---|---|

SERVICE OF: **SUMMONS, CIVIL COVER SHEET, CLASS ACTION COMPLAINT**
EFFECTED (1) BY ME: _Brad S. Roy_
TITLE: **PROCESS SERVER**                                        DATE: _5/23/16_   @   _12:20 PM_

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

CONCORD RESOLUTIONS, INC C/O NY SEC. OF STATE

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVE  ALBANY  NY  12231

[✓] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_Sue Zouky , Business Document Specialist 2_

Relationship to defendant _____

Description of Person Accepting Service:

SEX: _Female_  AGE: _55_  HEIGHT: _5'3"_   WEIGHT: _130 lbs._  SKIN: _white_  HAIR: _Brown_  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: _5_ / _23_ / 20 _16_                        _B S R_        L.S.

SIGNATURE OF _Brad S. Roy_
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     ROSS H. SCHMIERER, ESQ.
PLAINTIFF:      MELISSA MEYER O/B/O HERSELF AND ALL OTHERS SIMILARLY SITUATED
DEFENDANT:   CONCORD RESOLUTIONS, INC, ET AL.
VENUE:          DISTRICT - NY
DOCKET:         1 16 CV 00183 EAW
COMMENT:

**JB**